# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140038

In re D.K. and J.K., Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
     Petitioner-Appellee,

v

MICHAEL DENNIS KOENIGBAUER,
     Respondent-Appellant,

and

HADLEY CRAWFORD,
     Respondent-Appellee.
_____/

SC: 140038
COA: 289371
Wayne Circuit Court Family
Division: 07-468548-NA

On order of the Court, the application for leave to appeal the October 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2010

_____
Clerk

d0105